**Order filed April 21, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00540-CV
_____

### FELIX P. BABAUTA, Appellant

### V.

### DEBRA V. JENNINGS AND RALPAHELL V. WILKINS, Appellees

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-23475**

---

## ORDER

On February 24, 2020, appellant filed a brief that is not in compliance with the Texas Rules of Appellate Procedure. The brief fails generally to comply with the rules. *See* Tex. R. App. P. 38.1(a), (b), (c), (d), (e), (f), and (h). Moreover, the brief is in excess of 70,000 words, well over the 15,000-word limit circumscribed by Rule 9.4. *See* Tex. R. App. P. 9.4(i)(2)(B).

Accordingly, we order appellant's brief filed February 24, 2020 stricken. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure **within fifteen (15) days** of the date of this order. *See* Tex. R. App. P. 38.1(a), (b), (c), (d), (e), (f), and (h); Tex. R. App. P. 9.4(i)(2)(B).

If appellant files another brief that does not comply with Rule 38 and Rule 9, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), when an appellant fails to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with Rule 38 and Rule 9, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).


PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant